No. 43875.—Protests 922407–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. On the evidence presented pencil sharpeners similar to those the subject of Abstract 41633 and dime savings banks like those passed upon in Abstract 38680 were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339.

No. 43876.—Protests 962571–G, etc., of N. Minami & Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 5, 1940

No. 43877.—Petition 5979–R of May Co. (Cleveland).

Opinion by EVANS, J. The testimony did not disclose how it actually came about that the merchandise was undervalued. It was held that for the petitioner to rest his cause on statements following the language of the statute that he did not intend to defraud the revenues, or conceal or misrepresent the facts of the case, or to deceive the appraiser as to the value of the merchandise, does not meet the requirements of the statute in order to warrant relief. On the record presented the petition was denied. Gresham v. United States (27 C. C. P. A. 242, C. A. D. 70) cited.

No. 43878.—Petition 5872–R of Allen Forwarding Co. (Philadelphia).

Opinion by EVANS, J. There was an appeal to reappraisement in this case but it was submitted without the introduction of any testimony and the appraised value was affirmed. From the evidence it appeared that this type of merchandise was fluctuating in the foreign market during the period immediately preceding and at the time of entry, and that the importer diligently inquired to determine the proper value. It was found that the entry was without intent to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

No. 43879.—Petition 5973–R of Manual Arts Press (Chicago).

Opinion by EVANS, J. From the record it was found that the importer was without intent to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE SECOND DIVISION, JUNE 6, 1940

No. 43880.—Protests 840467–G, etc., of Yonekura Co., Ltd., et al. (Honolulu, etc.).

Opinion by KINCHELOE, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.